UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| LEONARD NAGELMAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:22-cv-00051-SEB-KMB |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

Final judgment is hereby entered in Plaintiff's favor and against Defendant.

Defendant's decision is **reversed**, and this case is **remanded** under sentence four, 42 U.S.C. § 405(g).

Date:  9/27/2023

_signature: Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jennifer Latstetter Dunn
Dunn Law, PLLC
jdunn@dunnlawfirmpllc.com

Jane Kuczek
Social Security Administration
jane.kuczek@ssa.gov

Julian Clifford Wierenga
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
julian.wierenga@usdoj.gov